UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WENJIA LI et al.,

Plaintiff(s),

v.

JOSEPH B EDLOW et al.,

Defendant(s).

CASE NO. 2:26−cv−02366−KKE

MINUTE ORDER REASSIGNING CASE

This action has been assigned to the Honorable Kymberly K. Evanson, United States District Judge. All future documents filed in this case must bear the cause number 2:26−cv−02366−KKE and bear the Judge's name in the upper right hand corner of the document.

DATED September 28, 2026

Joshua C. Lewis
Clerk of Court

By: /s/ Kim E Brye
Deputy Clerk