UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENJIA LI, et al. ,<br><br>Plaintiff(s),<br>v.<br><br>JOSEPH B EDLOW, et al. ,<br><br>Defendant(s). | CASE NO. C26-2366-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO STAY |

After review of the parties' stipulated motion to say (Dkt. No. 7), and finding good cause, the Court GRANTS the parties' motion and ORDERS that the case is stayed.

The Court further ORDERS that on or before December 4, 2026, the parties shall submit a joint status report informing the Court of their progress in resolving this matter and whether the stay should remain in place.

Dated this 2nd day of October, 2026.

Kymberly K. Evanson
United States District Judge